

# NUMBER 13-19-00184-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE D. BRENT MOORE

### On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Hinojosa
### Per Curiam Order

Relator D. Brent Moore filed a petition for writ of mandamus and expedited motion for emergency relief in the above cause on April 15, 2019. Through this original proceeding, relator seeks to vacate an order disqualifying his counsel of record, John D. Bell and the law firm of Wood, Boykin & Wolter, P.C. Through his expedited motion for emergency relief, relator seeks to stay all underlying proceedings pending resolution of this matter.

The Court, having examined and fully considered the expedited motion for emergency relief, is of the opinion that the motion should be granted. The expedited motion for emergency relief is GRANTED and all underlying proceedings are ordered

STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Padre Isles Property Owners Association, Inc., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
16th day of April, 2019.